**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 9, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00408-CV

---

**FELIX AUZ, Appellant**

**V.**

**CITIMORTGAGE, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellees**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2011-37321**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 2, 2013. On October 1, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby and Donovan.